FILED
CLERK U.S. DISTRICT COURT
MAR 11 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CR06-233

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Shavenelle Reese<br><br>    Defendant. | ORDER OF DETENTION AFTER<br>HEARING (Fed.R.Crim.P. 32.1(a)(6)<br>Allegations of Violations of Probation<br>Supervised Release)<br>Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  (✓)  the safety of any person or the community.

//
//

The court concludes:

A.  ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:
_she can remain crime free_

(B) ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:
_she can abide by court order_

IT IS ORDERED that defendant be detained.

DATED: 3/11/10

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE